# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY J. RICHARDSON (#9000103320) | CIVIL ACTION |
| VERSUS | |
| E.B.R. CLERK OF COURT, ET AL. | 22-546-JWD-SDJ |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 21, 2022 (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A[1], and the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 1, 2023.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA